UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 03-71438

JOHN E. SANDLES,

    Plaintiff(s),

-v-

AGENT CALAHAN, ET.AL,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the United States Courthouse, in the City of Detroit, State of Michigan on January 12, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Court entered an Order on April 1, 2008, directing the Plaintiff to provide names and addresses of unnamed U.S. Marshals and 13 copies of the complaint within 60 days or face dismissal of the complaint. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: January 12, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 12, 2009, by electronic and/or ordinary mail.(John Sandles, #22367-086, PO Box 1000 Milan, MI 48160)

    s/Marilyn Orem
    Case Manager